# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO.  5:03cr39-RH/WCS

STEPHEN PAUL BROWN,

      Defendant.

_____/

## ORDER FOR FORWARDING OF LETTER

A nonparty, Sissy Brown, has written an undated letter to the court requesting a reduction of defendant's sentence.  The letter has not properly been filed or served and sets forth no basis for relief.  The letter does, however, set forth information that may appropriately be considered by the attorney for the government in deciding whether to move for a reduction of defendant's sentence.  Accordingly,

      IT IS ORDERED:

The clerk shall not file the undated letter but shall instead forward it to the attorney for the government for its consideration and for such action, if any, as the government may deem appropriate.  No recommendation is made by the court on

*Page 2 of 2*

whether action should or should not be taken. The clerk shall provide copies of this order to defendant, to the attorney for the government, and to Sissy Brown. No further submissions shall be made on defendant's behalf except (a) by defendant or an attorney authorized to represent defendant in this court and (b) in form complying with this court's Local Rule 5.1.

      SO ORDERED this 12th day of March, 2006.

                                  s/Robert L. Hinkle
                                  Chief United States District Judge